AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

CHRISTOPHER JAMES CARTER,
Plaintiff

JUDGMENT IN A CIVIL CASE

v.

JASON MITCHELL and GILBERT ALVARADO,
Defendant

CASE NUMBER:    DR-23-CV-0022 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The court ADOPTS Judge Cordova's Report and Recommendation [ECF No. 35] and GRANTS the Defendants' Motion for Summary Judgment [ECF No. 33]. The Plaintiff's claims against Defendants Alvarado and Mitchell are DISMISSED WITH PREJUDICE.

3/27/2025
*Date*



Philip J. Devlin

*Clerk*

*(By) Deputy Clerk*